# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Rudolph Wood, et al., | No. CV-14-01447-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Lift Stay (Doc. 74). In the Order originally granting the stay in this matter, the parties expressly stipulated that the stay would be lifted once the State amended its protocol and published it, after giving notice to Plaintiffs. In addition, in response to the Court's Order to Show Cause, Defendants maintain that they have the drugs necessary to implement Protocol C as articulated in the Arizona Department of Corrections Department Order 710, Attachment D. The Court will, therefore, grant the motion and lift the stay in this action as to Protocol C.

The Court will further set a status conference to discuss scheduling for the remainder of this action and other threshold issues including: (1) timing for Plaintiffs to file their First Amended Complaint; (2) whether the stay should be lifted for other protocols for which the Department does not have the necessary drugs; (3) whether issues of justiciability remain as to Protocol C; (4) the expiration dates for the drugs in the Department's possession so that the litigation can be concluded prior to such dates; and

(5) whether the individual Plaintiffs' claims should proceed to discovery and scheduled trial notwithstanding challenges that may be raised as the sufficiency of the Coalition's claims. The Court does not necessarily expect that all these matters can be resolved at the outset. Counsel for the parties shall meet and confer prior to the status conference to discuss these questions.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Lift Stay (Doc. 74) is **granted** as to Protocol C. The stay is lifted and this action will proceed to that extent.

**IT IS FURTHER ORDERED** that counsel confer and advise the Court whether they are available for the status conference on the morning of December 15, any time on December 16 or 17, or the morning of December 18, 2015. If counsel are not available, the status conference will be set in January 2016.

Dated: December 8, 2015.

Neil V. Wake
United States District Judge