**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph Rudolph Wood, et al., | No. CV-14-01447-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

As discussed on the record at today's status conference, the Court finds that the terms of the parties' November 21, 2014 Stipulation have been satisfied and the stay entered in this matter on November 24, 2014 must be lifted in its entirety. Any remaining issues concerning ripeness or justiciability must be presented by motion and resolved by the Court. Lifting the stay, however, has no effect on the provision of the parties' Stipulation prohibiting the State from seeking a warrant of execution until after (1) this action has been resolved through settlement among the parties; or (2) this Court has entered a final judgment on the merits. Finally, Plaintiffs must file their First Amended Complaint no later than January 26, 2016.

**IT IS THEREFORE ORDERED** that:

(1) The stay in this matter is lifted in its entirety and this action will proceed.

(2) Plaintiffs must file their First Amended Complaint no later than January 26, 2016.

///

(3) The provision of the parties' Stipulation prohibiting the State from seeking a warrant of execution until after (1) this action has been resolved through settlement among the parties; or (2) this Court has entered a final judgment on the merits remains in effect.

Dated this 12th day of January, 2016.

                                              Neil V. Wake
                                        United States District Judge