Jon M. Sands
Federal Public Defender, District of Arizona
Dale A. Baich (OH Bar No. 0025070)
dale_baich@fd.org
Robin C. Konrad (AL Bar No. N76K2194)
robin_konrad@fd.org
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
602.382.2816  |  602.889.3960 facsimile

Counsel for Condemned Plaintiffs

Mark E. Haddad (CA Bar No. 205945)
mhaddad@sidley.com
Joshua E. Anderson (CA Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (CA Bar No. 211350)
adegen@sidley.com
Aimee G. Mackay (CA Bar No. 221690)
amackay@sidley.com
Katherine A. Roberts (CA Bar No. 259486)
Kate.roberts@sidley.com
Collin P. Wedel (CA Bar No. 278461)
cwedel@sidley.com
Matt Light (CA Bar No. 294007)
mlight@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
213.896.6000  |  213.896.6600 facsimile

Counsel for the Coalition and Condemned Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz, and Roger Scott,<br><br>               Plaintiffs,<br><br>   v.<br><br>Charles L.  Ryan, Director of ADC; James O'Neil, Warden, ASPC–Eyman; Greg Fizer, Warden, ASPC–Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br><br>        Defendants. | Case No: 2:14-cv-01447-NVW-JFM<br><br>Plaintiffs' Notice of Service of Discovery Requests Pursuant to LRCiv 5.2 |

In compliance with Local Rule of Civil Procedure 5.2, Plaintiffs hereby give Notice of Service that the following discovery requests were hand-delivered to the legal assistant for Jeffrey Sparks, counsel for Defendants, on January 26, 2016:

(1)    Plaintiff Charles Michael Hedlund's First Set of Interrogatories to Defendant Greg Fizer;

(2)    Plaintiff Charles Michael Hedlund's First Set of Interrogatories to Defendant James O'Neil;

(3)    Plaintiff Charles Michael Hedlund's First Set of Interrogatories to Defendant Charles L. Ryan;

(4)    Plaintiff David Gulbrandson's First Set of Interrogatories to Defendant Greg Fizer;

(5)    Plaintiff David Gulbrandson's First Set of Interrogatories to Defendant James O'Neil;

(6)    Plaintiff David Gulbrandson's First Set of Interrogatories to Defendant Charles L. Ryan;

(7)    Plaintiff Graham S. Henry's First Set of Interrogatories to Defendant Greg Fizer;

(8)    Plaintiff Graham S. Henry's First Set of Interrogatories to Defendant James O'Neil;

(9)    Plaintiff Graham S. Henry's First Set of Interrogatories to Defendant Charles L. Ryan;

(10)    Plaintiff Todd Smith's First Set of Interrogatories to Defendant Greg Fizer;

(11)    Plaintiff Todd Smith's First Set of Interrogatories to Defendant James O'Neil;

(12)    Plaintiff Todd Smith's First Set of Interrogatories to Defendant Charles L. Ryan;

(13)    Plaintiffs' first Set of Requests For Production of Documents to Greg Fizer;

(14)    Plaintiffs' first Set of Requests For Production of Documents to James O'Neil;

(15)   Plaintiffs' first Set of Requests For Production of Documents to Charles L. Ryan.

Respectfully submitted this 26th day of January, 2016.

Jon M. Sands
Federal Public Defender
District of Arizona
Dale A. Baich
Robin C. Konrad

s/ Robin C. Konrad
Counsel for Plaintiffs Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz, and Roger Scott

**Certificate of Service**

I hereby certify that on January 26, 2016, I electronically filed the foregoing Notice of Service of Discovery Requests Pursuant to LRCiv 5.2 with the Clerk's Office by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Chelsea Pitman
Legal Assistant
Capital Habeas Unit