Jon M. Sands
Federal Public Defender, District of Arizona
Dale A. Baich (OH Bar No. 0025070)
dale_baich@fd.org
Robin C. Konrad (AL Bar No. N76K2194)
robin_konrad@fd.org
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
602.382.2816 | 602.889.3960 facsimile

Counsel for Condemned Plaintiffs

Mark E. Haddad (CA Bar No. 205945)
mhaddad@sidley.com
Joshua E. Anderson (CA Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (CA Bar No. 211350)
adegen@sidley.com
Aimee G. Mackay (CA Bar No. 221690)
amackay@sidley.com
Katherine A. Roberts (CA Bar No. 259486)
Kate.roberts@sidley.com
Collin P. Wedel (CA Bar No. 278461)
cwedel@sidley.com
Matt Light (CA Bar No. 294007)
mlight@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
213.896.6000 | 213.896.6600 facsimile

Counsel for the Coalition and Condemned Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz, and Roger Scott,<br><br>            Plaintiffs,<br>     v.<br>Charles L.  Ryan, Director of ADC; James O'Neil, Warden, ASPC–Eyman; Greg Fizer, Warden, ASPC–Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br>     Defendants. | Case No: 2:14-cv-01447-NVW-JFM<br><br>Notice of Service of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) |

In compliance with Local Rule of Civil Procedure 5.2, Plaintiffs hereby give Notice of Service that, on March 29, 2016, the Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were hand-delivered to the receptionist at Office of the Attorney General, addressed to Jeffrey L. Sparks, counsel for Defendants.

Respectfully submitted this 29th day of March, 2016.

>Jon M. Sands
>Federal Public Defender
>District of Arizona
>Dale A. Baich
>Robin C. Konrad
>
>s/ Robin C. Konrad
>Counsel for Plaintiffs Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz, and Roger Scott

**Certificate of Service**

I hereby certify that on March 29, 2016, I electronically filed the foregoing Notice of Service of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Chelsea Pitman
Assistant Paralegal
Capital Habeas Unit