MARK BRNOVICH
ARIZONA ATTORNEY GENERAL
(Firm State Bar No. 14000)

SOLICITOR GENERAL'S OFFICE
DAVID D. WEINZWEIG (018687)
DAVID.WEINZWEIG@AZAG.GOV
SENIOR LITIGATION COUNSEL

CAPITAL LITIGATION SECTION
LACEY STOVER GARD (022714)
SECTION CHIEF COUNSEL

JOHN PRESSLEY TODD (003863)
JEFFREY L. SPARKS (027536)
ASSISTANT ATTORNEYS GENERAL
CAPITAL LITIGATION SECTION
1275 W. WASHINGTON
PHOENIX, ARIZONA 85007–2997
TELEPHONE: (602) 542–3333
E-MAIL: CADocket@azag.gov

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC-Eyman; Greg Fizer, Warden, ASPC-Florence,<br><br>Defendants. | No. 2:14–cv–01447–PHX–NVW<br><br>**NOTICE OF SERVICE**<br><br>Hon. Neil V. Wake |

Defendants hereby give notice of service of Defendants' Rule 26(a)(1) Initial Disclosure. On March 29, 2016, Defendants hand-delivered to counsel for Plaintiffs at the Office of the Federal Public Defender Defendants' Rule 26(a)(1)

1 | Initial Disclosure.

    DATED this 29th day of March, 2016.

>MARK BRNOVICH
>ATTORNEY GENERAL
>
>DAVID D. WEINZWEIG
>SENIOR LITIGATION COUNSEL
>
>LACEY STOVER GARD
>SECTION CHIEF COUNSEL
>
>JOHN PRESSLEY TODD
>ASSISTANT ATTORNEY GENERAL
>
>s/JEFFREY L. SPARKS
>ASSISTANT ATTORNEY GENERAL

| | |
|---|---|
| 1 | I hereby certify that on March 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: |
| 2 | |
| 3 | Dale A. Baich |
| 4 | dale_baich@fd.org |
| | Robin C. Konrad |
| 5 | robin_konrad@fd.org |
| 6 | Office of the Federal Public Defender |
| | District of Arizona |
| 7 | 850 West Adams Street, Suite 201 |
| 8 | Phoenix, Arizona  85007 |
| 9 | Mark E. Haddad |
| | mhaddad@sidley.com |
| 10 | Joshua E. Anderson |
| 11 | janderson@sidley.com |
| | Alycia A. Degen |
| 12 | adegen@sidley.com |
| 13 | Katherine A. Roberts |
| | Kate.roberts@sidley.com |
| 14 | Collin P. Wedel |
| | cwedel@sidley.com |
| 15 | Matt Light |
| 16 | mlight@sidley.com |
| 17 | SIDLEY AUSTIN LLP |
| 18 | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, California  90013 |
| 19 | |
| 20 | Attorneys for Plaintiffs |
| 21 | s/Liz Gallagher |
| 22 | |
| 23 | |
| 24 | 4996836 |