MARK BRNOVICH
ARIZONA ATTORNEY GENERAL
(Firm State Bar No. 14000)

SOLICITOR GENERAL'S OFFICE
David D. Weinzweig (018687)
David.Weinzweig@azag.gov
Senior Litigation Counsel

CAPITAL LITIGATION SECTION
Lacey Stover Gard (022714)
Section Chief Counsel

John Pressley Todd (003863)
Jeffrey L. Sparks (027536)
Assistant Attorneys General
Capital Litigation Section
1275 W. Washington
Phoenix, Arizona 85007–2997
Telephone: (602) 542–3333
E-mail: CADocket@azag.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br><br>    Plaintiffs,<br><br>    v.<br><br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC-Eyman; Greg Fizer, Warden, ASPC-Florence,<br><br>    Defendants. | No. 2:14–cv–01447–PHX–NVW<br><br>**DEFENDANTS' NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS**<br><br>(Honorable Neil V. Wake) |

In compliance with Local Rule of Civil Procedure 5.2, Defendants hereby give notice that responses to the following discovery requests were deposited for mailing to Dale Baich and Mark Haddad, counsel for Plaintiffs, on April 15, 2016:

(1) Plaintiff Charles Michael Hedlund's First Set of Interrogatories to Defendant Greg Fizer;

(2) Plaintiff Charles Michael Hedlund's First Set of Interrogatories to Defendant James O'Neil;

(3) Plaintiff Charles Michael Hedlund's First Set of Interrogatories to Defendant Charles L. Ryan;

(4) Plaintiff David Gulbrandson's First Set of Interrogatories to Defendant Greg Fizer;

(5) Plaintiff David Gulbrandson's First Set of Interrogatories to Defendant James O'Neil;

(6) Plaintiff David Gulbrandson's First Set of Interrogatories to Defendant Charles L. Ryan;

(7) Plaintiff Graham S. Henry's First Set of Interrogatories to Defendant Greg Fizer;

(8) Plaintiff Graham S. Henry's First Set of Interrogatories to Defendant James O'Neil;

(9) Plaintiff Graham S. Henry's First Set of Interrogatories to Defendant Charles L. Ryan;

(10) Plaintiff Todd Smith's First Set of Interrogatories to Defendant Greg Fizer;

(11) Plaintiff Todd Smith's First Set of Interrogatories to Defendant James O'Neil;

(12) Plaintiff Todd Smith's First Set of Interrogatories to Defendant Charles L. Ryan;

(13) Plaintiffs' first Set of Requests For Production of Documents to Greg Fizer;

(14) Plaintiffs' first Set of Requests For Production of Documents to James O'Neil;

(15) Plaintiffs' first Set of Requests For Production of Documents to Charles L. Ryan;

(16) Plaintiffs Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott's Second Set of Requests for Production of Documents to Charles Ryan;

(17) Plaintiffs Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott's Second Set of Requests for Production of Documents to James O'Neil; and

(18) Plaintiffs Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott's Second Set of Requests for Production of Documents to Greg Fizer.

DATED this 15th day of April, 2016.

                MARK BRNOVICH
                ATTORNEY GENERAL

                David D. Weinzweig
                Senior Litigation Counsel

                Lacey Stover Gard
                Section Chief Counsel

                John Pressley Todd
                Assistant Attorney General

                <u>s/Jeffrey L. Sparks</u>_____
                Assistant Attorney General

I hereby certify that on April 15, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dale A. Baich
dale_baich@fd.org
Jessica L. Felker
jessica_felker@fd.org
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona  85007

Mark E. Haddad
mhaddad@sidley.com
Joshua E. Anderson
janderson@sidley.com
Alycia A. Degen
adegen@sidley.com
Katherine A. Roberts
Kate.roberts@sidley.com
Collin P. Wedel
cwedel@sidley.com
Matt Light
mlight@sidley.com

SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013

Attorneys for Plaintiffs

s/Liz Gallagher

5025586