1  Jon M. Sands
   Federal Public Defender, District of Arizona
2  Dale A. Baich (OH Bar No. 0025070)
   dale_baich@fd.org
3  Jessica L. Felker (IL Bar No. 6296357)
   jessica_felker@fd.org
4  850 West Adams Street, Suite 201
   Phoenix, Arizona  85007
5  602.382.2816  |  602.889.3960 facsimile

6

7  Mark E. Haddad (CA Bar No. 205945)
   mhaddad@sidley.com
8  Joshua E. Anderson (CA Bar No. 211320)
   janderson@sidley.com
9  Alycia A. Degen (CA Bar No. 211350)
   adegen@sidley.com
10 Aimee G. Mackay (CA Bar No. 221690)
   amackay@sidley.com
11 Katherine A. Roberts (CA Bar No. 259486)
   Kate.roberts@sidley.com
12 Collin P. Wedel (CA Bar No. 278461)
   cwedel@sidley.com
13 Matt Light (CA Bar No. 294007)
   mlight@sidley.com
14 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
15 Los Angeles, California  90013
   213.896.6000  |  213.896.6600 facsimile
16

17 Counsel for Plaintiffs

18
                  **IN THE UNITED STATES DISTRICT COURT**
19                **FOR THE DISTRICT OF ARIZONA**

20
   First Amendment Coalition of Arizona,          Case No: 2:14-cv-01447-NVW-JFM
21 Inc.; Charles Michael Hedlund; Graham
   S. Henry; David Gulbrandson; Robert
22 Poyson; Todd Smith; Eldon Schurz, and
   Roger Scott,                                    **Notice of Service of Plaintiffs' Amended**
23                                                 **Initial Disclosures Pursuant to Federal**
               Plaintiffs,                         **Rule of Civil Procedure 26(e)**
24         v.
   Charles L.  Ryan, Director of ADC;
25 James O'Neil, Warden, ASPC–Eyman;
   Greg Fizer, Warden, ASPC–Florence;
26 and Does 1-10, Unknown ADC
   Personnel, in their official capacities as
27 Agents of ADC,
               Defendants.
28

In compliance with Local Rule of Civil Procedure 5.2, Plaintiffs hereby give Notice of Service that Plaintiffs' Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(e) were hand-delivered to the office of the Arizona Attorney General, to the attention of Jeffrey L. Sparks, counsel for Defendants, on June 8, 2016.

Respectfully submitted this 8th day of June, 2016.

Jon M. Sands
Federal Public Defender
District of Arizona
Dale A. Baich
Jessica L. Felker

s/ Jessica L. Felker
Counsel for Plaintiffs

**Certificate of Service**

I hereby certify that on June 8, 2016, I electronically filed the foregoing Plaintiffs' Notice of Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(e) with the Clerk's Office by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Chelsea Pitman
Assistant Paralegal
Capital Habeas Unit