MARK BRNOVICH
ARIZONA ATTORNEY GENERAL
(Firm State Bar No. 14000)

SOLICITOR GENERAL'S OFFICE
David D. Weinzweig (018687)
Senior Litigation Counsel

CAPITAL LITIGATION SECTION
Lacey Stover Gard (022714)
Section Chief Counsel

John Pressley Todd (003863)
Jeffrey L. Sparks (027536)
Assistant Attorneys General
Capital Litigation Section
1275 W. Washington
Phoenix, Arizona  85007–2997
Telephone:  (602) 542–3333
E-mail:  CADocket@azag.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br><br>    Plaintiffs,<br><br>    v.<br><br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC-Eyman; Greg Fizer, Warden, ASPC-Florence,<br><br>    Defendants. | No. 2:14–cv–01447–PHX–NVW<br><br>**NOTICE RE: PRIOR SERVICE OF DEFENDANTS' RULE 26(a) INITIAL DISCLOSURE**<br><br>The Honorable Neil V. Wake |

In light of the Court's June 8, 2016, deadline for providing initial disclosures, Defendants hereby give notice that they served on Plaintiffs' their Rule

26(a)(1) Initial Disclosures on March 29, 2016.  (*See* Doc. 107.)

DATED this 8th day of June, 2016.

MARK BRNOVICH
ATTORNEY GENERAL

DAVID D. WEINZWEIG
SENIOR LITIGATION COUNSEL

LACEY STOVER GARD
SECTION CHIEF COUNSEL

JOHN PRESSLEY TODD
ASSISTANT ATTORNEY GENERAL

s/JEFFREY L. SPARKS
ASSISTANT ATTORNEY GENERAL

I hereby certify that on June 8, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Dale A. Baich
dale_baich@fd.org
Jessica L. Felker
Jessica_felker@fd.org
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona  85007

Mark E. Haddad
mhaddad@sidley.com
Joshua E. Anderson
janderson@sidley.com
Alycia A. Degen
adegen@sidley.com
Aimee G. Mackay
amackay@sidley.com
Katherine A. Roberts
Kate.roberts@sidley.com
Collin P. Wedel
cwedel@sidley.com
Matt Light
mlight@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013

Attorneys for Plaintiffs

s/Liz Gallagher

5133937