# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC – Eyman; Greg Fizer, Warden, ASPC – Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br><br>Defendants. | No. CV-14-01447-PHX-NVW<br><br>**ORDER** |

This matter is set for a scheduling conference on June 29, 2016. In addition to the issues outlined in the order setting the conference (Doc. 118), the parties shall be prepared to discuss the following questions:

1. Do the Plaintiffs anticipate a challenge to the Department's one-drug lethal injection protocols using pentobarbital or sodium pentothal (Protocols A and B) or to the three-drug protocol using sodium pentothal (Protocol D)?

2. What is the status of execution drugs? What drugs, if any, does the Department have on hand? What is the effective expiration date for any drugs that are currently available?

      3.      What is the status of litigation against the FDA for embargoing drugs from India?  Is there any prospect of obtaining drugs absent prevailing in the FDA litigation?

      4.      If the execution drugs are not currently available, are there any litigatable issues in this case?  If not, is it necessary to enjoin executions until drugs are obtained, or does the stipulation currently in effect achieve the same result?

      5.      What specific discovery does each party contemplate?

Dated this 14th day of June, 2016.

*[signature]*
Neil V. Wake
United States District Judge