JON M. SANDS
Federal Public Defender, District of Arizona
DALE A. BAICH (OH Bar No. 0025070)
dale_baich@fd.org
JESSICA L. FELKER (IL Bar No. 6296357)
jessica_felker@fd.org
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
602.382.2816 | 602.889.3960 facsimile

MARK E. HADDAD (CA Bar No. 205945)
mhaddad@sidley.com
JOSHUA E. ANDERSON (CA Bar No. 211320)
janderson@sidley.com
ALYCIA A. DEGEN (CA Bar No. 211350)
adegen@sidley.com
KATHERINE A. ROBERTS (CA Bar No. 259486)
kate.roberts@sidley.com
COLLIN P. WEDEL (CA Bar No. 278461)
cwedel@sidley.com
MATT LIGHT (CA Bar No. 294007)
mlight@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
213.896.6000 | 213.896.6600 facsimile

Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br>Plaintiffs,<br>v.<br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC–Eyman; Greg Fizer, Warden, ASPC–Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br>Defendants. | Case No. 2:14-cv-01447-NVW-JFM<br><br>**JOINT MOTION FOR CLARIFICATION OF THE COURT'S SCHEDULING ORDERS OF FEBRUARY 13, 2017 (ECF NO. 162) AND MARCH 6, 2017 (ECF NO. 165)** |

Counsel for Plaintiffs[1] and Defendants[2] have conferred and hereby jointly move for clarification regarding this Court's Orders of February 13, 2017 (ECF No. 162) ("February 13 Order") and March 6, 2017 (ECF No. 165) ("March 6 Order"), which, in light of the parties' intentions to designate one or more expert witnesses and to file motions for summary judgment, establish inconsistent deadlines.

The February 13 Order provides, *inter alia*, that:

(i) initial expert disclosures must be provided by no later than April 14, 2017, *see* February 13 Order ¶ 4.a;[3]

(ii) rebuttal expert disclosures must be provided by no later than May 12, 2017, *id.* ¶ 4.b;

(iii) expert discovery must be completed by June 9, 2017, *id.* ¶ 4.c;

(iv) "[i]f expert disclosures are exchanged, dispositive motions . . . must be filed no later 28 days after the deadline for close of expert discovery," *i.e.*, by July 7, 2017, *id.* ¶ 6.a;

(v) the parties and their counsel must meet in person and engage in good faith settlement talks by July 7, 2017, *id.* ¶ 8; and

(vi) "[i]f summary judgment motions have been filed, the Court will set a time for lodging the Joint Proposed Pretrial Order after the resolution of such dispositive motions," *id.* ¶ 9, as well as a date and time for the final pretrial conference, *id.* ¶ 10.

---

[1] "Plaintiffs" refers to Charles Michael Hedlund, Graham Henry, David Gulbrandson, Robert Poyson, Todd Smith, Eldon Schurz and Roger Scott. The First Amendment Coalition of Arizona, Inc. is also a Plaintiff in this case, but all of its claims were dismissed pursuant to this Court's May 18, 2016 Order. *See* ECF No. 117.

[2] "Defendants" are Charles L. Ryan, Director of the Arizona Department of Corrections, James O'Neil, Warden, Arizona State Prison Complex ("ASPC")–Eyman, and Greg Fizer, Warden, ASPC–Florence.

[3] The parties have completed fact discovery. *See* February 13 Order ¶ 3 (setting March 24, 2017 deadline to complete fact discovery).

Plaintiffs intend to disclose one or more expert witnesses on or before April 14, 2017, and both parties intend to file motions for summary judgment on or before July 7, 2017. Assuming that the parties filed their summary judgment motions on July 7, 2017, and absent modification by this Court of the deadlines provided by the Local Rules, the parties' oppositions will be due on August 7, 2017, and the parties' replies will be due on August 22, 2017. *See* L.R. 56.1(d). Under the February 13 Order, after resolving the parties' summary judgment motions, the Court would, if necessary, set dates for lodging the Joint Proposed Pretrial Order and for holding the final pretrial conference at a later date.

The March 6 Order does not address or set deadlines for fact or expert discovery, motions for summary judgment, or settlement talks, but it does set a number of deadlines that are inconsistent with the dates set for those events in the February 13 Order. Among other things, the March 6 Order sets a September 11, 2017 trial date and provides that the parties must file their Proposed Final Pretrial Order along with their proposed findings of fact and conclusions of law on or before July 7, 2017, *see* March 6 Order ¶¶ 2, 8, 10. Pursuant to the February 13 Order, however, because the parties will engage in expert discovery, July 7, 2017, is also the deadline for filing of summary judgment motions and engaging in face-to-face settlement talks.

The parties agree that it would be inefficient, and potentially wasteful of the parties' and the Court's resources, for the parties to submit their proposed findings of fact and to exchange trial exhibits before their motions for summary judgment have been briefed and resolved. The parties further agree that it would be most efficient to set dates for a final pretrial conference and trial, if necessary, after this Court resolves the parties' forthcoming motions for summary judgment.

Consequently, the parties jointly request clarification as to Court's February 13 and March 6 Orders, and respectfully submit that the deadlines set forth in the March 6 Order should be vacated and that the deadlines set forth in the February 13 Order should govern.

Dated: March 27, 2017                     SIDLEY AUSTIN LLP

                                          s/ Joshua E. Anderson
                                          *Counsel for Plaintiffs*

Dated: March 27, 2017                     OFFICE OF THE ATTORNEY GENERAL

                                          s/ Jeffrey L. Sparks
                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, I electronically filed the foregoing **Joint Motion for Clarification of the Court's Scheduling Orders of February 13, 2017 (ECF No. 162) and March 6, 2017 (ECF No. 165)"** by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Barbara Cunningham*
Barbara Cunningham
Legal Secretary