IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz, and Roger Scott,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L Ryan, Director of ADC; James O'Neil, Warden, ASPC—Eyman; Greg Fizer, Warden, ASPC—Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br><br>Defendants. | No. CV-14-01447-PHX-NVW<br><br>**ORDER** |

After reviewing the Court's calendar, the Court finds that an additional degree of planning is necessary to prepare for trial in this matter. As a result, the Court will set a status conference for planning both the length and allocation of time for trial. The parties must confer prior to the status conference to discuss the scope of issues for proof and the primary facts underlying those issues to determine which facts are capable of presentation as a stipulated statement of facts and what must be presented with live witness testimony.

///

///

///

///

**IT IS THEREFORE ORDERED** setting a status conference in this matter on Monday, June 12, 2017 at 10.30 a.m. in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003-2151.

Dated this 30th day of May, 2017.

_____
Honorable Neil V. Wake
Senior United States District Judge