Jon M. Sands
Federal Public Defender, District of Arizona
Dale A. Baich (OH Bar No. 0025070)
dale_baich@fd.org
Jessica L. Felker (IL Bar No. 6296357)
Jessica_felker@fd.org
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
602.382.2816 | 602.889.3960 facsimile

Counsel for Condemned Plaintiffs

Mark E. Haddad (CA Bar No. 205945)
mhaddad@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
213.896.6000 | 213.896.6600 facsimile

Counsel for the Coalition and Condemned Plaintiffs

Mark Brnovich
Attorney General
(Firm State Bar No. 14000)
Jeffrey L. Sparks (SBN 027536)
Assistant Attorney General
Capital Litigation Section
1275 West Washington
Phoenix, Arizona 85007-2997
602.542.4686 | CADocket@azag.gov

Counsel for Defendants
[additional counsel listed on signature page]

**United States District Court**

**for the District of Arizona**

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC–Eyman; Greg Fizer, Warden, ASPC–Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br><br>Defendants. | Case No. 2:14-cv-01447-NVW-JFM<br><br>**JOINT MOTION TO CONTINUE DEADLINES FOR SUBMISSION OF LETTERS AND ARRANGING CONFERENCE WITH THE COURT RE: ANTICIPATED SUMMARY JUDGMENT MOTIONS PURSUANT TO PARAGRAPH 7 OF THIS COURT'S FEBRUARY 13, 2017 ORDER (ECF NO. 162)** |

1  Plaintiffs Charles Michael Hedlund, Graham S. Henry, David Gulbrandson, Robert
2  Poyson, Todd Smith, Eldon Schurz, and Roger Scott (collectively, "Plaintiffs"), and
3  Defendants Charles L. Ryan, Director of the Arizona Department of Corrections; James
4  O'Neil, Warden, ASPC–Eyman; and Greg Fizer, Warden, ASPC–Florence (collectively,
5  "Defendants"), hereby jointly move to continue the deadlines set by paragraph 7 of this
6  Court's February 13, 2017, Order (ECF No. 162) ("Order"), for exchanging and filing
7  letters and arranging a conference with the Court regarding contemplated summary
8  judgment motions, by two weeks, from June 9, 2017, until June 23, 2017.

9  There is good cause to grant the requested continuance because the parties have
10 provisionally agreed to the terms of a stipulated settlement agreement to fully resolve the
11 only remaining claims in this case, namely Claims Six and Seven of Plaintiffs' Second
12 Amended Complaint (ECF No. 94) and Plaintiffs' Supplemental Complaint (ECF No.
13 163). The parties intend to file the stipulated settlement agreement with the Court by no
14 later than June 23, 2017, after having had an opportunity to seek and obtain final client
15 approval. Based on the parties' good faith belief that they will be able to resolve Claims
16 Six and Seven without the need for any trial or the filing of summary judgment motions,
17 the parties agree that it would be inefficient and potentially counterproductive at present
18 to exchange or file with the Court letters regarding contemplated summary judgment
19 motions on June 9, 2017, as this Court's Order currently requires.

20 In the unlikely event that the parties' provisional stipulated settlement agreement
21 is not finalized by June 23, 2017, however, the parties will either (a) exchange and file the
22 documents contemplated by paragraph 7 of the Order not later than June 23, 2017, arrange
23 a conference with the Court, and proceed to file summary judgment motions by the current
24 ///
25 ///
26 ///
27
28

1  deadline of July 7, 2017, or (b) notify the Court if additional time is required to finalize
2  the stipulated settlement agreement.
3        Respectfully submitted,
4
5  Dated:  June 7, 2017                        Sidley Austin LLP
6
                                              s/ *Joshua E. Anderson*
7                                             Joshua E. Anderson
8                                             Attorneys for Plaintiffs
9
10 Dated:  June 7, 2017                        Office of the Arizona Attorney General
11
                                              s/ *Jeffrey L. Sparks*
12                                            Jeffrey L. Sparks
13                                            Attorneys for Defendants
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017, I electronically filed the foregoing Joint Motion to Continue Deadlines for Submission of Letters and Arranging Conference With The Court Re: Anticipated Summary Judgment Motions Pursuant To Paragraph 7 Of This Court's February 13, 2017 Order (ECF No. 162) by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Barbara Cunningham*

Barbara Cunningham
Legal Secretary

3