IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC–Eyman; Greg Fizer, Warden, ASPC–Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC,<br><br>Defendants. | No. CV-14-01447-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES FOR SUBMISSION OF LETTERS AND ARRANGING CONFERENCE WITH THE COURT RE: ANTICIPATED SUMMARY JUDGMENT MOTIONS PURSUANT TO PARAGRAPH 7 OF THIS COURT'S FEBRUARY 13, 2017 ORDER (ECF NO. 162)** |

Plaintiffs Charles Michael Hedlund, Graham S. Henry, David Gulbrandson, Robert Poyson, Todd Smith, Eldon Schurz, and Roger Scott, and Defendants Charles L. Ryan, Director of the Arizona Department of Corrections; James O'Neil, Warden, ASPC–Eyman; and Greg Fizer, Warden, ASPC–Florence, have jointly moved to continue the deadlines set by paragraph 7 of this Court's February 13, 2017, Order (ECF No. 162) ("Order"), for exchanging and filing letters and arranging a conference with the Court regarding contemplated summary judgment motions, by two weeks, from June 9, 2017, until June 23, 2017.

Having considered the parties' joint motion, and good cause appearing, IT IS HEREBY ORDERED that the deadlines set in paragraph 7 of the Order for exchanging and filing letters and arranging a conference with the Court regarding contemplated summary judgment motions are continued from June 9, 2017, until June 23, 2017.

DATED this ___ day of _____, 2017.

Neil V. Wake  
Senior United States District Judge