JON M. SANDS
Federal Public Defender, District of Arizona
DALE A. BAICH (OH Bar No. 0025070)
dale_baich@fd.org
JESSICA L. FELKER (IL Bar No. 6296357)
jessica_felker@fd.org
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
602.382.2816 | 602.889.3960 facsimile

Counsel for Condemned Plaintiffs

MARK E. HADDAD (CA Bar No. 205945)
mhaddad@sidley.com
JOSHUA E. ANDERSON (CA Bar No. 211320)
janderson@sidley.com
ALYCIA A. DEGEN (CA Bar No. 211350)
adegen@sidley.com
KATHERINE A. ROBERTS (CA Bar No. 259486)
kate.roberts@sidley.com
COLLIN P. WEDEL (CA Bar No. 278461)
cwedel@sidley.com
MATT W. LIGHT (CA Bar No. 294007)
mlight@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
213.896.6000 | 213.896.6600 facsimile

Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Amendment Coalition of Arizona, Inc.; Charles Michael Hedlund; Graham S. Henry; David Gulbrandson; Robert Poyson; Todd Smith; Eldon Schurz; and Roger Scott, <br>           Plaintiffs, <br>           *v.* <br> Charles L. Ryan, Director of ADC; James O'Neil, Warden, ASPC–Eyman; Greg Fizer, Warden, ASPC–Florence; and Does 1-10, Unknown ADC Personnel, in their official capacities as Agents of ADC, <br>           Defendants. | Case No. 2:14-cv-01447-NVW-JFM <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs the First Amendment Coalition of Arizona, Inc., Charles Michael Hedlund, Graham Henry, David Gulbrandson, Robert Poyson, Todd Smith, Eldon Schurz, and Roger Scott, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order for Dismissal of Claims Six and Seven, entered in this action on June 22, 2017 (ECF No. 187) ("Final Judgment"), which the Court construed as a "final judgment" in its June 28, 2017 Order (ECF No. 189) ("June 2017 Order"), and all orders merged into the Final Judgment and related thereto, including the Court's May 18, 2016, Order granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 117) ("May 2016 Order"). A true and correct copy of the Final Judgment is attached hereto as **Exhibit A**, a true and correct copy of the June 2017 Order is attached hereto as **Exhibit B**, and a true and correct copy of the May 2016 Order is attached hereto as **Exhibit C**.

Pursuant to Ninth Circuit Rule 3-2, a Representation Statement identifying all parties to the action, along with the names, addresses, and telephone numbers of their respective counsel, follows on the next page.

Dated: June 28, 2017                    SIDLEY AUSTIN LLP

                                        s/ *Mark E. Haddad*
                                        *Counsel for Plaintiffs*

## REPRESENTATION STATEMENT

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Plaintiffs the First Amendment Coalition of Arizona, Inc. ("Coalition"), and Charles Michael Hedlund, Graham Henry, David Gulbrandson, Robert Poyson, Todd Smith, Eldon Schurz and Roger Scott ("Condemned Plaintiffs") are represented by the following counsel:

Mark E. Haddad
Joshua E. Anderson
Alycia A. Degen
Katherine A. Roberts
Collin P. Wedel
Matt W. Light
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  213.896.6000

The Condemned Plaintiffs are also represented by the following counsel:

Jon M. Sands
Dale A. Baich
Jessica L. Felker
FEDERAL PUBLIC DEFENDER
DISTRICT OF ARIZONA
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
Telephone:  602.382.2816

///

///

///

///

///

///

Defendants Charles L. Ryan, James O'Neil, and Greg Fizer are represented by the following counsel:

    Mark Brnovich
    ARIZONA ATTORNEY GENERAL

    Keith Joseph Miller
    SOLICITOR GENERAL'S OFFICE

    Lacey Stover Gard
    John Pressley Todd
    Jeffrey L. Sparks
    CAPITAL LITIGATION SECTION

    1275 West Washington
    Phoenix, Arizona 85007-2997
    Telephone: (602) 542-3333

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 28, 2017, the foregoing document was electronically filed and served using the CM/ECF System.


By: s/ Mark E. Haddad